**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **DAVID NUNEZ-SANTANA,** | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | 5:03-CR-30 (WDO) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Respondent | : | |

**ORDER**

Having carefully considered the Magistrate Judge's Report and Recommendation to deny the pending habeas petition, and the objection and response filed thereto, the Recommendation is ADOPTED and made the order of the Court.

**SO ORDERED this 28th day of February 2006.**

**S/**
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**