IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.R. NO.  5:03-cr-00030-WDO |
| | : | C.A. NO.  5:05-CV-00004-WDO |
| DAVID NUNEZ-SANTANA | : | |
| Defendant. | : | |

## J U D G M E N T

Pursuant to the Order of this Court dated and filed February 28,  2006,  and for the reasons stated therein, David Nunez-Santana's  §2255 Motion to Vacate,  is hereby denied.

This 1st day of March, 2006.

GREGORY J. LEONARD, CLERK

By:     /s/ C. A. Lunsford,
**Deputy Clerk**